**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02103-REB-CBS

STATE FARM FIRE AND CASUALTY COMPANY, individually and as subrogee of
Aleja,

      Plaintiff,

v.

HIGH MARK DEVELOPMENT, INC.,
KINDER MORGAN, INC.

      Defendants.

and

HIGH MARK DEVELOPMENT, INC.,

      Third-Party Plaintiff,

v.

NORTH AMERICAN CAPACITY INSURANCE COMPANY,

      Third-Party Defendant.

and

KINDER MORGAN, INC.,

      Third-Party Plaintiff,

v.

R.W. & LYALL COMPANY, INC.,

      Third-Party Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

On May 15, 2006, Third-Party Plaintiff, High Mark Development, Inc. and Third-Party Defendant, North American Capacity Insurance Company filed a **Stipulated Motion for Dismissal Without Prejudice** [#36].  After careful review of the motion and the file, the court has concluded that motion should be granted and that the third party complaint filed by High Mark Development against North American Capacity Insurance Company should be dismissed without prejudice.

        **THEREFORE, IT IS ORDERED** as follows:

        1.  That the **Stipulated Motion for Dismissal Without Prejudice** [#36] filed on May 15, 2006, **IS GRANTED**;

        2.  That the third party complaint filed by High Mark Development against North American Capacity Insurance Company **IS DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs; and

        3.  That defendant North American Capacity Insurance Company **IS DROPPED** as a named party to this action, and the case caption is amended accordingly.

        Dated May 23, 2006, at Denver, Colorado.

                                        **BY THE COURT:**

                                        **s/ Robert E. Blackburn**
                                        **Robert E. Blackburn**
                                        **United States District Judge**