**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

Civil Action No.:05-cv-02103-REB-CBS      FTR-Reporter Deck Courtroom A402
Date: September 29, 2006                  Courtroom Deputy, Geneva D. Mattei

---

STATE FARM FIRE & CASUALTY          Kenneth Gulley
COMPANY,

     Plaintiff(s),

     v.

HIGH MARK DEVELOPMENT, INC.,        Gerald Pratt
KINDER MORGAN, INC.,                Michael Noone

     Defendant(s).
and

KINDER MORGAN, INC.,                Michael Noone


     ThirdParty Plaintiff,

     v.

R W. & LYALL COMPANY, INC.,         Paul Collins

     ThirdParty Defendant.

---

**COURTROOM  MINUTES /  MINUTE  ORDER**

---

**HEARING:**          **MOTIONS  HEARING**

**Court in Session:**      10:13 a.m.

Court calls case.  Appearance of counsel.

Argument presented.

**ORDERED:**  **Motion to leave to file Third Party complaint by Defendant, High Mark Development, Inc. (8/1/06 #49) is TAKEN UNDER ADVISEMENT as stated on the record.**

**ORDERED:**  **Plaintiff's partially unopposed motion for leave to file second amended complaint (8/8/06 #52) is TAKEN UNDER ADVISEMENT as stated on the record.**

Discovery shall go forward in this case.

HEARING CONCLUDED.

**Court in Recess**:      10:42 a.m.

Total   In-Court Time:      00:29