IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 05-cv-02103-REB-CBS

STATE FARM FIRE AND CASUALTY COMPANY, individually and as subrogee of Aleja,

     Plaintiff,

v.

HIGH MARK DEVELOPMENT, INC.,
R.W. & LYALL COMPANY, INC.,

     Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

     The matter comes before the court on the **Stipulation for Dismissal With Prejudice** [#99], filed May 7, 2007. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1. That the **Stipulation for Dismissal With Prejudice** [#99], filed May 7, 2007, is **APPROVED**;

     2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

     3. That the jury trial set to commence May 14, 2007, is **VACATED**; and

     4. That any pending motion is **DENIED** as moot.

     Dated May 7, 2007, at Denver, Colorado.

     **BY THE COURT:**

     s/ Robert E. Blackburn
     **Robert E. Blackburn**
     **United States District Judge**